UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

JOHN R. PETRI,

    Plaintiff,

v.                                                                           Case No. 06-C-0994

SOLO CUP COMPANY and METROPOLITAN
LIFE INSURANCE COMPANY,

    Defendants.

## ORDER REGARDING EXTENSION AND BRIEFING SCHEDULE

Based upon the parties' Stipulation,

**IT IS HEREBY ORDERED** that defendant Metropolitan Life Insurance Company ("MetLife") shall have to and including October 27, 2006, in which to file and serve its response to plaintiff's complaint.

**IT IS FURTHER ORDER** that the parties further agree that plaintiff's response to (a) defendant Solo Cup Company's motion to dismiss, and (b) any motion to dismiss filed by MetLife shall be filed not later than November 17, 2006. Reply briefs, if any, shall be filed not later than November 30, 2006.

Dated this 16th day of October, 2006.

                                                                       BY THE COURT

                                                                       s/ William C. Griesbach
                                                                       Hon. William C. Griesbach
                                                                       U.S. District Judge